**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 b 09665 |
| Antonio Belk, | ) | Honorable Cassling |
| | ) | Chapter 7 |
| Debtor. | ) | |

## AMENDED DEBTOR'S MOTION TO REOPEN CASE

Debtor respectfully moves this Honorable Court to (1) reopen the case pursuant to Section 350(b) and Rule 5010, in order to accord relief to Debtor by and through the continued processing of the discharge order under Section 727; and (2) approve the notice and service of this instant motion to the interim trustee and the United States Trustee, states as follows:

1. Debtor voluntarily elected relief pursuant to Chapter 7, Title 11 of the United States Code on April 1, 2018.

2. A meeting of creditors pursuant to Section 341 was held on May 16, 2018.

3. A no asset report was filed by the Chapter 7 Interim Trustee on May 18, 2018.

4. Neither the Trustee nor any creditors filed any complaints objecting to discharge or to determine dischargeability of certain debts on or before the respective deadlines to file same.

5. Debtor listed a possible lawsuit regarding reinstatement of pension on his Schedule B but did not list his Civil Rights and Employment case.

6. Debtor's counsel was recently made aware that Debtor has an additional claim for a Civil Rights and Employment case

7. The clerk of the Court subsequently closed the case with a discharge on July 20, 2018.

8. Debtor seeks a reopening of the case so that the Civil Rights and Employment case number 17-CV-09011 can be added and amended to include.

9. Debtor seeks a court order reopening the case pursuant to Section 350(b) and Bankruptcy Rule 5010, so that the clerk of the Court can process.

10. Pursuant to this Court's general authority to approve and regulate notices, Debtor also requests that this Court approve the notice and service of this instant motion to the Interim Chapter 7 Trustee and the United States Trustee.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an order reopening this case;

B. The United States Trustee is authorized to appoint a Chapter 7 Trustee for this case;

Respectfully submitted,

\_\_\_/s/ Megan Holmes
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street
28th Floor
Chicago, Illinois 60603
(312) 913-0625